Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; BMG MUSIC; FONOVISA, INC.; SONY BMG MUSIC ENTERTAINMENT; and LAFACE RECORDS LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

INTERSCOPE RECORDS, a California general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; BMG MUSIC, a New York general partnership; FONOVISA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and LAFACE RECORDS LLC, a Delaware limited liability company,

   Plaintiffs,

 v.

JOHN DOE,

   Defendant.

CASE NO. C 07 6028 WHA

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

---

Certification of Interested Entities or Persons
Case No.
#34044 v1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS: UMG Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff MOTOWN RECORD COMPANY, L.P.: UMG Recordings, Inc.; UMG Manufacturing & Logistics, Inc.; Universal Music Group Distribution, Corp.; Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff FONOVISA, INC.: Univision Music LLC; Univision Music Group Mexico, S.A. de C.V.; Univision Music Inc.; Univision Communications Inc.; and Diara Inc.

The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

1   The following companies are parents of, or partners in Plaintiff LAFACE RECORDS LLC:
2   SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC; Arista
3   Holding, Inc.; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Zomba
4   US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is
5   publicly traded. Sony Corporation is publicly traded in the U.S.

6   Dated: November 29, 2007                    HOLME ROBERTS & OWEN LLP

                                                By: /s/ Matthew Franklin Jaksa
                                                MATTHEW FRANKLIN JAKSA
                                                Attorney for Plaintiffs
                                                INTERSCOPE RECORDS; MOTOWN
                                                RECORD COMPANY, L.P.; BMG
                                                MUSIC; FONOVISA, INC.; SONY BMG
                                                MUSIC ENTERTAINMENT; and
                                                LAFACE RECORDS LLC