Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; BMG MUSIC; FONOVISA, INC.; SONY BMG MUSIC ENTERTAINMENT; and LAFACE RECORDS LLC

E-Filing    RECEIVED
NOV 2 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; BMG MUSIC, a New York general partnership; FONOVISA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and LAFACE RECORDS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | CASE NO.<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY |

1     Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2 Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3     ORDERED that Plaintiffs may serve immediate discovery on University of California,
4 Berkeley to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks
5 documents that identify Defendant John Doe , including the name, current (and permanent) address
6 and telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7 disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8     IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

14 Dated: _____  By: _____
                                                                            United States District Judge

Proposed Order
Case No.
#34047 v1