1 | Matthew Franklin Jaksa (CA State Bar No. 248072)
2 | HOLME ROBERTS & OWEN LLP
  | 560 Mission Street, 25th Floor
3 | San Francisco, CA  94105-2994
  | Telephone:  (415) 268-2000
4 | Facsimile:    (415) 268-1999
  | Email:    matt.jaksa@hro.com
5 |
6 | Attorneys for Plaintiffs,
  | INTERSCOPE RECORDS; MOTOWN
7 | RECORD COMPANY, L.P.; BMG MUSIC;
  | FONOVISA, INC.; SONY BMG MUSIC
8 | ENTERTAINMENT; and LAFACE
  | RECORDS LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| INTERSCOPE RECORDS, a California general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; BMG MUSIC, a New York general partnership; FONOVISA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and LAFACE RECORDS LLC, a Delaware limited liability company, | CASE NO. C 07-06028-WHA |
|---|---|
| Plaintiffs, | **Honorable William H. Alsup** |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| JOHN DOE, | |
| Defendant. | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. C 07-06028-WHA
#35671 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs INTERSCOPE RECORDS, et al., by
2  and through their attorneys, voluntarily dismiss without prejudice their copyright infringement
3  claims against Defendant John Doe, also identified as ID # 126333032 with IP address
4  169.229.73.234 2007-04-21 23:07:45 EDT, each party to bear its/his own fees and costs.  The Clerk
5  of Court is respectfully requested to close this case.

7  Dated:  February 20, 2008                    HOLME ROBERTS & OWEN LLP

9                                               By: */s/ Matthew Franklin Jaksa*
                                                    MATTHEW FRANKLIN JAKSA
                                                    Attorney for Plaintiffs
                                                    INTERSCOPE RECORDS; MOTOWN
                                                    RECORD COMPANY, L.P.; BMG
                                                    MUSIC; FONOVISA, INC.; SONY BMG
                                                    MUSIC ENTERTAINMENT; and
                                                    LAFACE RECORDS LLC

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. C 07-06028-WHA
#35671 v1